IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS BADILLO, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Civil Action No. 2:11cv354-MEF |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## **O R D E R**

The Magistrate Judge entered a Recommendation (Doc. 9) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation (Doc. 9) of the Magistrate Judge is ADOPTED and the 28 U.S.C. § 2255 motion filed by Petitioner is denied, as it was filed after expiration of the one-year limitation period in 28 U.S.C. § 2255(f).

DONE this the 24th day of May, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE